**Denied and Opinion Filed November 4, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01106-CV

## IN RE 1 COVENTRY COURT, LLC, MOSHE FELDHENDLER, AND LEAH FELDHENDLER, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01541**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Justice Partida-Kipness

Relators' October 17, 2022 petition for writ of mandamus seeks relief from the trial court's contempt order. Entitlement to mandamus relief requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Relators' record does not comply with the requirements of Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1)–(2).

Accordingly, we deny the petition.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

221106F.P05